# United States Bankruptcy Court
## Northern District of California

In re **Pinnacle Development Number 22, L.P.**     Case No. _____

                          Debtor(s)     Chapter **11**

## CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of **1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **February 23, 2011**

**/s/ Michael C. Fallon SBN**
Signature of Attorney
**Michael C. Fallon SBN 088313**
**Law Office of Michael C. Fallon**
**100 E Street, Suite 219**
**Santa Rosa, CA 95404**
**(707) 546-6770   Fax: (707) 546-5775**

Don Dowd Co.
P. O. Box 14189
Santa Rosa, CA 95402


Pinnacle Homes
P. O. Box 14189
Santa Rosa, CA 95402


Sonoma County Tax Collector
P.O. Box 3879
Santa Rosa, CA 95402


Thomas P. Kelly, Jr., Inc.
PO Box 4389
Santa Rosa, CA 95402


WestAmerica Bank
PO Box 1260
Suisun City, CA 94585